**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SUE BURDEN | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  3:16-CV-2593-M |
| | § | |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is the Agreed Motion for Dismissal with Prejudice. It appears to the Court that all matters in controversy between the parties have been fully and finally settled, and the Motion is hereby **GRANTED**. This cause is hereby **DISMISSED WITH PREJUDICE** to the refiling of the same. All costs of court are taxed against the parties incurring the same.

**SO ORDERED**.

May 22, 2017.

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**